IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-18-27-GF-BMM |
| Plaintiff, | |
| vs. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| ERROL WAYNE LONGEE, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 5, 2025. (Doc. 52.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 4, 2025. (Doc. 51.) The United States accused Wayne Longee (Longee) of violating the conditions of his supervised release by failing to report to the probation office within 72 hours of his release from custody; and failure to register as a violent offender. (Docs. 40 and 42.)

At the revocation hearing, Longee admitted he had violated the conditions of his supervised release by failing to report to the probation office within 72 hours of his release from custody. The government moved to dismiss alleged violation 2 and the Court granted that motion. (Doc. 51.)

Judge Johnston found that the violation Longee admitted proves serious and warrants revocation of Longee's supervised release and recommends a term of custody of 5 months with no supervised release to follow. (Doc. 52.) The Court advised Longee his right to appeal and to allocute before the undersigned and he waived those rights. (Doc. 51.)

The violation proves serious and warrants revocation of Longee's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 52) are **ADOPTED IN FULL. IT IS FURTHER**

**ORDERED** that Errol Wayne Longee be sentenced to a term of custody of 5 months, with no supervised release to follow.

DATED this 5th day of March 2025.

_____
Brian Morris, Chief District Judge
United States District Court